UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA           :

       v.                                :

ROBERT RIMBERG,                    :      S4 15 Cr. 835 (JGK)

       *Defendant.*                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

       The above-named defendant, who is accused of violating Title 18, United States Code, Section 1960, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.



Defendant

Witness

Counsel for Defendant

Date: New York, New York
      January 5, 2017



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 05 2017

0202